**EXHIBIT A**

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| MARK KRAMER, | CIVIL DIVISION |
| *Plaintiff,* | **ELECTRONICALLY FILED** |
| v. | GD-20-_____ |
| VELOCITY INVESTMENTS, LLC, | |
| *Defendant.* | **PRAECIPE FOR WRIT OF SUMMONS** |

Filed on Behalf of Plaintiff:
Mark Kramer

Counsel of Record for this Party:
**THE LAW FIRM OF FENTERS WARD**

Joshua P. Ward
Pa. I.D. No. 320347

The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Telephone:   (412) 545-3015
Fax No.:      (412) 540-3399
E-mail:       jward@fentersward.com

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| MARK KRAMER, | CIVIL DIVISION |
| *Plaintiff,* | **ELECTRONICALLY FILED** |
| v. | GD-20-_____ |
| VELOCITY INVESTMENTS, LLC, | |
| *Defendant.* | |

**PRAECIPE FOR WRIT OF SUMMONS**

TO    PROTHONOTARY OF THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA:

Kindly issue a writ of summons in the above-captioned matter.

Respectfully submitted,

THE LAW FIRM OF FENTERS WARD

Date: July 23, 2020    By: _____
Joshua P. Ward (Pa. I.D. No. 320347)
Kyle H. Steenland (Pa. I.D. No. 327786)

The Law Firm of Fenters Ward
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff